**Stephanie R. Gast**
**Admitted *Pro Hac Vice***
**Krohn & Moss, Ltd.**
**5055 Wilshire Blvd. Suite 300**
**Los Angeles, CA 90036**
**(323) 988-2400**
**sgast@consumerlawcenter.com**
**CA Bar Number 237792**

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| MICHELLE OELTJENBRUNS, | ) | Case No. CV-05-2346-PCT-FJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| NATIONAL FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled.  A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

**Respectfully Submitted** on this 9th day of March, 2006.

KROHN & MOSS, LTD.

By: s/ Stephanie R. Gast
   Stephanie R. Gast, admitted *pro hac vice*
   Marshall Meyers
   Attorney for Plaintiff

SANDERS AND PARKS

By   s/Jay Jacobson
   Jay C. Jacobson
   Attorney for Defendant, National Financial
   Systems

Filed electronically on this 9th day of March, 2006, with:
United States District Court CM/ECF system

Copy mailed on this 9th day of March, 2006, to:

Hon. Frederick J. Martone
United States District Court
For the Distrit of Arizona
401 West Washington Street, Room 506
Phoenix AZ 85003-2311

Copy sent electronically via ECF system to:

Mr. Jay C. Jacobson
Sanders & Parks
3030 N. Third Street, Suite 1300
Phoenix AZ 85012-3099


s/Stephanie R. Gast
Stephanie R. Gast