Jay C. Jacobson, #017288
Jasmina Zecevic, #024180
SANDERS & PARKS, P.C.
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
Telephone: (602) 532-5660
Facsimile: (602) 230-5060
Jay.Jacobson@SandersParks.com

Attorneys for Defendant National Financial Systems, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHELLE OELTJENBRUNS, | CASE NO.: CV05-2346-PCT-FJM |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| NATIONAL FINANCIAL SYSTEMS, INC., | (Assigned to the Honorable Frederick J. Martone) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Michelle Oeltjenbruns and Defendant National Financial Systems, Inc. stipulate to the following:

1. Plaintiff's claims against Defendant National Financial Systems, Inc. are dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs incurred in this action in connection with the claims being dismissed in this Stipulation.

DATED this 12th day of April, 2006.

           SANDERS & PARKS, P.C.

           By:   /s/Jasmina Zecevic
                Jay C. Jacobson
                Jasmina Zecevic
                3030 N. Third Street, Suite 1300
                Phoenix, AZ  85012-3099
                Attorneys for Defendant National Financial Systems, Inc.

           KROHN & MOSS, LTD.

           By:   /s/Stephanie Gast
                Stephanie Gast
                5055 Wilshire Boulevard, Suite 300
                Los Angeles, CA   90036
                Attorney Pro Hac Vice for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2006, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Marshall S. Meyers | Stephanie Gast |
| Shalev Amar | Krohn & Moss, Ltd. |
| Krohn & Moss, Ltd. | 5055 Wilshire Boulevard, Suite 300 |
| 111 W. Monroe Street, Suite 711 | Los Angeles, CA   90036 |
| Phoenix, AZ   85003 | Attorney Pro Hac Vice for Plaintiff |
| Attorneys for Plaintiff | |

Copy mailed to the Honorable Frederick J. Martone this 12th day of April, 2006:

           By   /s/Jasmina Zecevic