# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHELLE OELTJENBRUNS, | ) CASE NO.: CV05-2346-PCT-FJM |
| Plaintiff, | ) |
| vs. | ) **ORDER OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| NATIONAL FINANCIAL SYSTEMS, INC., | ) |
| | ) (Assigned to the Honorable Frederick |
| Defendant. | ) J. Martone) |
| | ) |

Having received a Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) signed by counsel for Plaintiff Michelle Oeltjenbruns and by counsel for Defendant National Financial Systems, Inc.,

IT IS ORDERED dismissing this action with prejudice, each side to pay its own costs and attorneys' fees.

DATED this 17th day of April, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge